# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JAMES SADLER,

    Plaintiff,

vs.                                                          Case No: 1:22-cv-02203-STA-jay

TYSON FOODS, INC.,

    Defendant.

## DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AND DISMISS WITH PREJUDICE

    Defendant Tyson Foods, Inc. ("Defendant"), by and through undersigned counsel, pursuant to LR 7.2 hereby files this Motion to Enforce Settlement and Dismiss with Prejudice and requests that this Court: (1) enforce the settlement reached by the Parties on January 6, 2023; (2) order Plaintiff to execute the Confidential Settlement Agreement and General Release that was provided to him through his counsel after the settlement was reached in this matter; and (3) dismiss this action with prejudice. Counsel for Defendant and Counsel for Plaintiff negotiated a settlement of the case on January 6, 2023, which is supported by email correspondence that day and the preparation of a settlement agreement, general release and waiver that was submitted to Plaintiff to review and execute.

    In support of its Motion to Enforce Settlement and Dismiss with Prejudice, Defendant relies upon the Memorandum in Support and the Declaration of J. Gregory Grisham and attached Exhibits filed contemporaneously.

Consequently, Defendant requests that this Court enforce the settlement reached by the Parties on January 6, 2023, order Plaintiff to execute the Confidential Settlement Agreement and General Release that was provided to him through his counsel after a settlement was reached in this matter and dismiss this action with prejudice.

This the 23rd day of February 2023.

                                                Respectfully submitted,

                                                **FISHER & PHILLIPS LLP**

By:    */s/ J. Gregory Grisham*
            J. Gregory Grisham (TN BPR #013810)
            1715 Aaron Brenner Drive, Suite 312
            Memphis, Tennessee 38120
            Telephone: (901) 526-0431
            Facsimile: (901) 526-8183
            ggrisham@fisherphillips.com

            *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the following via the Court's ECF system:

Teresa A. Luna (#26447)
Spragins, Barnett & Cobb, PLC
312 East Lafayette Street
Jackson, Tennessee 38301
tluna@spraginslaw.com

*Attorney for Plaintiff*

            */s/ J. Gregory Grisham*
            J. Gregory Grisham