## Grisham, Greg

**From:** Grisham, Greg
**Sent:** Friday, January 6, 2023 12:47 PM
**To:** Teresa Luna; Keri Williams
**Cc:** Curcio, Kyla
**Subject:** RE: Sadler depositions-Follow-up

Hey Teresa

I am out of the office in Arkansas today but I emailed your offer to the client and am waiting to hear back. I will call you or email you as soon as I hear back from them which hopefully will be in the next two hours. Thanks, Greg

**From:** Teresa Luna <tluna@spraginslaw.com>
**Sent:** Friday, January 6, 2023 8:41 AM
**To:** Grisham, Greg <ggrisham@fisherphillips.com>; Keri Williams <klw@spraginslaw.com>
**Cc:** Curcio, Kyla <kcurcio@fisherphillips.com>
**Subject:** RE: Sadler depositions-Follow-up

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Greg:

I now have the authority to offer this in settlement:
- Mr. Sadler will agree to dismiss his case if Tyson will agree not to argue that any costs or fees will be assessed against him.
- Mr. Sadler understands that the settlement does not authorize him to return to work.

Teresa

Teresa A. Luna, Attorney



Spragins, Barnett & Cobb, PLC
Post Office Box 2004
Jackson, Tennessee 38302-2004
*Office:* 731.424.0461 | *Fax:* 731.424.0562 | *E-mail:* tluna@spraginslaw.com

### CONFIDENTIALITY NOTICE:
**This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

**From:** Grisham, Greg <ggrisham@fisherphillips.com>
**Sent:** Friday, January 6, 2023 12:51 AM

## Grisham, Greg

| | |
|---|---|
| **From:** | Teresa Luna <tluna@spraginslaw.com> |
| **Sent:** | Friday, January 6, 2023 3:14 PM |
| **To:** | Grisham, Greg; Keri Williams |
| **Cc:** | Curcio, Kyla |
| **Subject:** | RE: Sadler depositions-Follow-up |

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

This is agreeable under the terms I stated in the email.

Teresa A. Luna, Attorney



SPRAGINS,
BARNETT
& COBB, PLC

Spragins, Barnett & Cobb, PLC
Post Office Box 2004
Jackson, Tennessee 38302-2004
*Office:* 731.424.0461 | *Fax:* 731.424.0562 | *E-mail:* tluna@spraginslaw.com

### CONFIDENTIALITY NOTICE:
**This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

**From:** Grisham, Greg <ggrisham@fisherphillips.com>
**Sent:** Friday, January 6, 2023 3:13 PM
**To:** Teresa Luna <tluna@spraginslaw.com>; Keri Williams <klw@spraginslaw.com>
**Cc:** Curcio, Kyla <kcurcio@fisherphillips.com>
**Subject:** RE: Sadler depositions-Follow-up
**Importance:** High

Teresa,

My client is agreeable to your client's proposal provided that he agrees to dismiss his lawsuit with prejudice and execute a Settlement Agreement, General Release and Waiver with standard provisions that we will prepare and send to you to review. Please let me know if this is agreeable and I will alert the Court Reporter and advise that Mr. Sadler's deposition will not be going forward on Monday. Thanks, Greg

## Grisham, Greg

| | |
|---|---|
| **From:** | Teresa Luna <tluna@spraginslaw.com> |
| **Sent:** | Friday, January 6, 2023 3:31 PM |
| **To:** | Grisham, Greg; Keri Williams |
| **Cc:** | Curcio, Kyla |
| **Subject:** | RE: Sadler depositions-Follow-up |

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

You too.

Teresa A. Luna, Attorney



SPRAGINS, BARNETT & COBB, PLC

Spragins, Barnett & Cobb, PLC
Post Office Box 2004
Jackson, Tennessee 38302-2004
*Office:* 731.424.0461 | *Fax:* 731.424.0562 | *E-mail:* tluna@spraginslaw.com

### CONFIDENTIALITY NOTICE:
**This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution, or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**

**From:** Grisham, Greg <ggrisham@fisherphillips.com>
**Sent:** Friday, January 6, 2023 3:24 PM
**To:** Teresa Luna <tluna@spraginslaw.com>; Keri Williams <klw@spraginslaw.com>
**Cc:** Curcio, Kyla <kcurcio@fisherphillips.com>
**Subject:** RE: Sadler depositions-Follow-up

Teresa looks like we have an agreement. I will get you a draft settlement agreement to review by early next week.

Have a good weekend.

Best, Greg