# Grisham, Greg

**From:** Grisham, Greg
**Sent:** Sunday, February 5, 2023 9:09 PM
**To:** Teresa Luna
**Cc:** Keri Williams; Curcio, Kyla
**Subject:** RE: James Sadler v. Tyson

Hey Teresa,

    I apologize for the delay in responding. I passed on your request and Tyson is not agreeable to taking the no-reemployment provision out of the settlement agreement.

    Thanks, Greg