# Curcio, Kyla

| | |
|---|---|
| **From:** | Grisham, Greg |
| **Sent:** | Wednesday, February 15, 2023 5:40 PM |
| **To:** | Teresa Luna |
| **Cc:** | Keri Williams; Curcio, Kyla |
| **Subject:** | RE: James Sadler v. Tyson |
| **Importance:** | High |

Hey Teresa,

Just following up since I haven't heard back from you.  We need to get the settlement agreement finalized and the case dismissed, since we settled the case over a month ago.

Thanks, Greg