# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JAMES SADLER,

    Plaintiff,

vs.                                          Case No: 1:22-cv-02203-STA-jay

TYSON FOODS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff James Sadler and Defendant Tyson Foods, Inc., by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal with Prejudice and respectfully request that the Court dismiss the above-styled cause with Prejudice with each party to bear their own costs, expenses, and attorneys' fees except as otherwise agreed.

    Dated this 1st day of March 2023.

                                                      Respectfully submitted,

                                                      **FISHER & PHILLIPS LLP**

                            By:    */s/ J. Gregory Grisham*
                                      J. Gregory Grisham (TN BPR #013810)
                                      1715 Aaron Brenner Drive, Suite 312
                                      Memphis, Tennessee 38120
                                      Telephone: (901) 526-0431
                                      Facsimile: (901) 526-8183
                                      ggrisham@fisherphillips.com

                                      *Attorneys for Defendant*

FP 46473531.2

/s/ Teresa A. Luna by jgg with permission
Teresa A. Luna (#26447)
Spragins, Barnett & Cobb, PLC
312 East Lafayette Street
Jackson, Tennessee 38301
Telephone: (731) 424-0461
Facsimile: (731) 424-0562
tluna@spraginslaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which also served a copy of the foregoing upon the following:

Teresa A. Luna (#26447)
Spragins, Barnett & Cobb, PLC
312 East Lafayette Street
Jackson, Tennessee 38301
tluna@spraginslaw.com

*Attorney for Plaintiff*

/s J. Gregory Grisham
J. Gregory Grisham

2

FP 46473531.2