UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **JAMES SADLER,** | **JUDGMENT IN A CIVIL CASE** |
|     **Plaintiff,** | |
| **vs.** | |
| **TYSON FOODS, INC.,** | **CASE NO: 22-2203-STA-jay** |
|     **Defendant.** | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **STIPULATION** of Dismissal *with PREJUDICE* entered on March 1, 2023, this cause is hereby DISMISSED with prejudice.

                                                                                 **APPROVED:**

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/2/2023**　　　　　　　　　　　　Wendy R. Oliver
　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　s/Maurice B. BRYSON

　　　　　　　　　　　　　　　　　　　　**(By)  Deputy Clerk**